

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: November 06, 2019.**

_____
**TONY M. DAVIS**
**UNITED STATES BANKRUPTCY JUDGE**

---

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 18-11043-TMD |
| | § | |
| SELENA D. CASH | § | CHAPTER 7 |
|     Debtor. | § | |

---

| | | |
|---|---|---|
| J. PATRICK LOWE, Chapter 4 Trustee, and | § | |
| SELENA D. CASH, Deceased, | § | |
| by and through ARLETHA CASH, | § | |
| Independent Administrator, | § | |
| | § | |
| | § | |
|     Plaintiffs, | § | |
| | § | ADV. NO. 19-1064-TMD |
| v. | § | |
| | § | |
| ANTHONY L. SHERIDAN, et al., | § | |
|     Defendants. | § | |

## ORDER GRANTING COUNSEL WITHDRAWALS, EXTENDING THE TEMPORARY RESTRAINING ORDER, AND ABSTAINING

1. Before this Court is are two motions to withdraw as counsel for the Plaintiffs filed on

   November 5, 2019 (ECF No. 37 and 42). Professional considerations were cited as

the rational for withdrawal. This Court finds that both motions to withdraw should be granted.

ACCORDINGLY, IT IS ORDERED that both motions to withdraw (ECF No. 37 and 42) are granted.

2. In order to allow the Plaintiffs time to find representation, this Court will extend the expiration of the Temporary Restraining Order until noon on November 15, 2019. All terms of and the relief granted in the Temporary Restraining Order (ECF No. 10) are extended on the same terms contained in the Agreed Order Extending Temporary Restraining Order (ECF No. 24) until noon on November 15, 2019.

IT IS FURTHER ORDERED that the Temporary Restraining Order be extended until noon on November 15, 2019.

3. This Court finds that the matters addressed in the adversary proceeding are largely state court matters that belong in state court. For this reason, the Court will abstain from settling the matters in this proceeding.

IT IS FURTHER ORDERED that the Court hereby abstains from the matters in adversary proceeding 19-1064-TMD, effective November 15, 2019.

4. On November 15, 2019 at noon, this Court will enter an order dismissing the adversary proceeding.

# # #