| AO 435 (Rev. 04/18) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS | | FOR COURT USE ONLY |  |
|---|---|---|---|---|
| *Please Read Instructions:* | **TRANSCRIPT ORDER** | | DUE DATE: | |
| 1. NAME<br>A. Jo Baylor | | 2. PHONE NUMBER<br>(512) 413-4276 | 3. DATE<br>11/7/2019 | |
| 4. DELIVERY ADDRESS OR EMAIL<br>ajbaylor@yahoo.com | | 5. CITY | 6. STATE | 7. ZIP CODE |
| 8. CASE NUMBER<br>NO. 19-1064-TMD | 9. JUDGE<br>Judge Tony Davis | DATES OF PROCEEDINGS | | |
| | | 10. FROM 11/5/2019 | 11. TO 11/5/2019 | 11-6-19 |
| 12. CASE NAME<br>J. PATRICK LOWE, Chapter 7 Trustee, §and SELENA D. | | LOCATION OF PROCEEDINGS | | |
| | | 13. CITY Austin | 14. STATE Texas | |
| 15. ORDER FOR | | | | |
| [X] APPEAL | [ ] CRIMINAL | [ ] CRIMINAL JUSTICE ACT | [ ] BANKRUPTCY | |
| [ ] NON-APPEAL | [ ] CIVIL | [ ] IN FORMA PAUPERIS | [ ] OTHER | |

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [X] OPENING STATEMENT (Plaintiff) | 11/05/19 | Lynn Butler | 11/05/19 |
| [X] OPENING STATEMENT (Defendant) | 11/05/19 | | 11/05/19 |
| [X] CLOSING ARGUMENT (Plaintiff) | 11/05/19 | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [X] CLOSING ARGUMENT (Defendant) | 11/05/19 | | |
| [X] OPINION OF COURT | 11/05/19 | | |
| [ ] JURY INSTRUCTIONS | | [X] OTHER (Specify) | |
| [ ] SENTENCING | | Brian Walters | 11/05/19 |
| [ ] BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COST |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [X] | [X] | NO. OF COPIES 2 | | |
| 3-Day | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

FILED 2019 NOV -8 PM 12:31 U.S. BANKRUPTCY COURT CLERK BY DEPUTY

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

ESTIMATE TOTAL 0.00

18. SIGNATURE [signature]
19. DATE 11/7/19

PROCESSED BY Blayne
PHONE NUMBER 512-916-5237
COURT ADDRESS 903 San Jacinto Ste. 322 Austin TX 78701

TRANSCRIPT TO BE PREPARED BY Exceptional Reporting

| ORDER RECEIVED | DATE | BY |
|---|---|---|
| DEPOSIT PAID | | DEPOSIT PAID |
| TRANSCRIPT ORDERED | | TOTAL CHARGES 0.00 |
| TRANSCRIPT RECEIVED | | LESS DEPOSIT 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | TOTAL REFUNDED |
| PARTY RECEIVED TRANSCRIPT | | TOTAL DUE 0.00 |

DISTRIBUTION: COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY