

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: November 15, 2019.**

_____
**TONY M. DAVIS**
**UNITED STATES BANKRUPTCY JUDGE**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 18-11043-TMD |
| | § | |
| SELENA D. CASH | § | CHAPTER 7 |
|     Debtor. | § | |

---

| | | |
|---|---|---|
| J. PATRICK LOWE, Chapter 4 Trustee, and | § | |
| SELENA D. CASH, Deceased, | § | |
| by and through ARLETHA CASH, | § | |
| Independent Administrator, | § | |
| | § | |
| | § | |
|     Plaintiffs, | § | |
| | § | ADV. NO. 19-1064-TMD |
| v. | § | |
| | § | |
| ANTHONY L. SHERIDAN, et al., | § | |
|     Defendants. | § | |

### ORDER DISMISSING ADVERSARY PROCEEDING

On November 6, 2019, the Court entered an order abstaining from this adversary proceeding [ECF No. 48]. The order also provided that the Court would dismiss this proceeding on November 15, 2019.

1

2

ACCORDINGLY, IT IS ORDERED that this adversary proceeding is dismissed.

# # #